```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```
DEWITT McGRIFF,

        Petitioner,

    - against -

WILLIAM F. KEYSER,

        Respondent.
```
------------------------------------------------------------X
```

**JUDGMENT**

15-CV-5225 (RRM)

A Memorandum and Order having been issued this day denying petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, it is hereby

ORDERED, ADJUDGED AND DECREED, that the petition is dismissed, and this case is closed.

Dated: Brooklyn, New York
       March 26, 2019

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge